**UNTIED STATES DISTRICT COURT:**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
**UNITED STATES OF AMERCIA**  DOCKET #1:08-mj-01089-UA

**NOTICE OF APPEARANCE**

-against -

**EDDIE ROBINSON, JR.**
                              **Defendant(s)**
------------------------------------------------------------------------X

*PLEASE TAKE NOTICE THAT* The Armstrong Law Firm, PLLC has been retained to represent the Defendant, EDDIE ROBINSON, JR., in the above-entitled action.

Defendant demands that all papers in this action be served upon Michelle A. Armstrong, Esq., attorney for Defendant, at 626 RexCorp Plaza, Uniondale, New York 11556.

Dated: New York, New York
       June 11, 2008

                                        Yours, etc.,

                                        *Michelle A. Armstrong, Esq.*
                                        The Armstrong Law Firm, PLLC
                                        Attorney for Defendant(s) name herein
                                        626 RexCorp Plaza
                                        Uniondale, NY 11556
                                        (p) 516-522-2880
                                        (f) 516-709-0959
                                        armstronglawfirm@msn.com